# Exhibit A
## Statement of Claim
## Plaintiff Francisco Carlos Aquino

**Unpaid Overtime Wages**

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | FLSA Applicable Hourly Rate[1] | FLSA Applicable Overtime Hourly Rate[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|
| 11/17/21 - 9/26/22 | 44.86 | 67.5 | $ 19.85 | $ 29.78 | $ 12,243.20 | $ 12,243.20 |
| | | | | | $ 12,243.20 | $ 12,243.20 |

Total Unpaid Overtime Wages[1] = $ 12,243.20
Total Liquidated Damages[1] = $ 12,243.20
Total[1] = $ 24,486.39

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.