UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

FRANCISCO CARLOS AQUINO,
DANIEL ORAMAS,

    Plaintiffs,

v.

                                                Case No. 0:22-CV-62240-

ALL COUNTY WASTE, INC.,
JAMES SCOTT BANNER,

    Defendants.
_____/

**DEFENDANT'S RESPONSE TO PLAINTIFFS' STATEMENT OF CLAIMS**

Defendants, All County Waste, Inc. and James Scott Banner, pursuant to the Court's Order Requiring Statement of Claim in FLSA Case [D.E. 19], respond to Plaintiffs' Statement of Claims [D.E. 20].[1]

    1.    This case was brought under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., ("FLSA") for unpaid overtime wages.

    2.    Plaintiff Francisco Carlos Aquino ("Aquino") claims that from November 17, 2021, through September 26, 2022, his "Average Weekly Hours Worked" was 67.5, and that his "FLSA Applicable Hourly Rate" was $19.85. *see* D.E. 20 at Exh. A. This Plaintiff's claim is without merit.

---

[1] Defendants do not waive any defenses asserted in their Affirmative Defenses, such as, but limited to, its defense that the FLSA is inapplicable to Defendants because Defendants only engage in business in Florida.

3. Plaintiff Daniel Oramas ("Oramas") claims that from June 6, 2022, through August 21, 2022, his "Average Weekly Hours Worked" was 52.3, and his "FLSA Applicable Rate" was $22.94. *see* D.E. 20 at Exh. B.  This Plaintiff's claim is also without merit.

4. Plaintiff Daniel Oramas ("Oramas") also claims that from August 22, 2022, through August 31, 2022, his "Average Weekly Hours Worked" was 59, and that his "FLSA Applicable Rate" was $20.34. *see* D.E. 20 at Exh. B. Again, this claim is without merit.

5. All County Waste, Inc. is in the waste removal and delivery business.

6. All County Waste, Inc. employs drivers who deliver/pick up trash containers to construction sites and waste to waste management facilities.

7. All County Waste, Inc. employees use a "Dispatcher" application. Dispatcher assigns drivers "tickets," individual pick-up or drop-off tasks and keeps track of time spent by employees at work.

8. Defendants are providing this Dispatcher information to Plaintiffs.[2]

9. All County Waste, Inc. calculates any overtime payments due to its employees under § 29 CFR § 778.114, the Fluctuating Workweek Method of Computing Overtime.[3]

10. Plaintiffs Aquino and Oramas worked significantly fewer hours than they allege in their Statements of Claims.

---

[2] Defendants note that there have been instances when All County Waste, Inc. employees have opened the Dispatcher application from home before starting work. The numbers in para. 16 below are based on the Dispatcher application start time. Defendants reserve the right to amend these hours to the extent that the application time stamps do not reflect when the employee commenced his day. We also note that, on at least one occasion, Plaintiff Aquino was caught being untruthful to All County Waste, Inc. about being on the road, working, when he was at home, not working.

[3] Section 778.114 applies to All County Waste drivers because they are paid a fixed weekly salary, regardless of whether they work more or less than 40 hours per week. *See* 29 CRF § 778.114(a)(1)-(5).

11. Plaintiff's Statement of Claims' allegation that Aquino started to work at All County Waste, Inc. in November 2021 is incorrect. Aquino was hired on December 13, 2021.

12. Aquino was paid $1,200 weekly.

13. Aquino was paid an additional $130 per week to work overtime on Saturdays.

14. Oramas was paid $1,200 per week to work at All County Waste, Inc.

15. Defendants are providing their paycheck payroll information to Plaintiffs.

16. Based on information currently available, Defendants submit that the maximum hours worked by Plaintiffs are as follows:

**AQUINO**

| Week (Beg. Monday) | Max. Hours Worked | Weekly Salary | Overtime Paid | Bonus | Reim. | FLSA Rate (Weekly Salary + Bonus/ Max. Hours Worked) | FLSA Overtime Rate (1/2 FLSA Rate) | Max. Overtime Payment Due (((FLSA Overtime Rate) (Max. Hrs. Worked-40))-Overtime Paid) |
|---|---|---|---|---|---|---|---|---|
| 12/13/2021 | 40 or less hrs. | $1,200 | | | | | | |
| 12/20/2021 | 41.33 | $1,200 | | | | $29.03 | $14.52 | $19.31 |
| 12/27/2021 | 33.16 | $1,075 | | | | $32.42 | $16.21 | $0.00 |
| 1/3/2022 | 52.6 | $1,075 | | | | $20.44 | $10.22 | $128.75 |
| 1/10/2022 | 55.19 | $1,200 | $100 | | | $21.74 | $10.87 | $65.14 |
| 1/17/2022 | 38.34 | $1,200 | $100 | | | $31.30 | $15.65 | $0.00 |
| 1/24/2022 | 53.7 | $1,200 | $100 | | | $22.35 | $11.17 | $53.07 |
| 1/31/2022 | 48.52 | $1,200 | $100 | | | $24.73 | $12.37 | $5.36 |
| 2/7/2022 | 56.61 | $1,200 | $100 | | | $21.20 | $10.60 | $76.05 |
| 2/14/2022 | 60.76 | $1,200 | $100 | $100 | | $21.40 | $10.70 | $122.09 |
| 2/21/2022 | 47.25 | $1,200 | $130 | | | $25.40 | $12.70 | $0.00 |
| 2/28/2022 | 58.13 | $1,200 | $130 | | | $20.64 | $10.32 | $57.13 |

| Week (Beg. Monday) | Max. Hours Worked | Weekly Salary | Overtime Paid | Bonus | Reim. | FLSA Rate (Weekly Salary + Bonus/ Max. Hours Worked) | FLSA Overtime Rate (1/2 FLSA Rate) | Max. Overtime Payment Due (((FLSA Overtime Rate) (Max. Hrs. Worked-40))-Overtime Paid) |
|---|---|---|---|---|---|---|---|---|
| 3/7/2022 | 45.69 | $1,200 | $130 | | | $26.26 | $13.13 | $0.00 |
| 3/14/2022 | 54.23 | $1,200 | $130 | | | $22.13 | $11.06 | $27.44 |
| 3/21/2022 | 44.79 | $1,200 | $130 | | | $26.79 | $13.40 | $0.00 |
| 3/28/2022 | 45.77 | $1,200 | $130 | | | $26.22 | $13.11 | $0.00 |
| 4/4/2022 | 53.86 | $1,200 | $130 | | | $22.28 | $11.14 | $24.40 |
| 4/11/2022 | 55.89 | $1,200 | $130 | | | $21.47 | $10.74 | $40.59 |
| 4/18/2022 | 54.03 | $1,200 | $130 | | | $22.21 | $11.10 | $25.80 |
| 4/25/2022 | 49.16 | $1,200 | $130 | | | $24.41 | $12.21 | $0.00 |
| 5/2/2022 | 51.95 | $1,200 | $130 | | | $23.10 | $11.55 | $8.02 |
| 5/9/2022 | 55.12 | $1,200 | $130 | | | $21.77 | $10.89 | $34.59 |
| 5/16/2022 | 40.14 | $1,200 | $130 | | | $29.90 | $14.95 | $0.00 |
| 5/23/2022 | 44.79 | $1,200 | $130 | | | $26.79 | $13.40 | $0 |
| 5/30/2022 | 44.39 | $1,200 | $130 | | | $27.03 | $13.52 | $0.00 |
| 6/6/2022 | 58.44 | $1,200 | $130 | | | $20.53 | $10.27 | $59.32 |
| 6/13/2022 | 58.71 | $1,200 | $80 | | | $20.44 | $10.22 | $111.21 |
| 6/20/2022 | 52.39 | $1,200 | $80 | $50 | | $23.86 | $11.93 | $67.81 |
| 6/27/2022 | 51.65 | $1,200 | $130 | | | $23.23 | $11.62 | $5.33 |
| 7/4/2022 | 54.18 | $1,200 | $130 | $100 | | $23.99 | $12.00 | $40.12 |
| 7/11/2022 | 58.65 | $1,200 | $130 | | | $20.46 | $10.23 | $60.79 |
| 7/18/2022 | 50.67 | $1,200 | $130 | | | $23.68 | $11.84 | $0.00 |
| 7/25/2022 | 39.33 | $1,200 | $130 | | | $30.51 | $15.26 | $0.00 |
| 8/1/2022 | 23.85 | $1,200 | $130 | | | $50.31 | $25.16 | $0.00 |
| 8/8/2022 | 47.64 | $1,200 | $130 | | | $25.19 | $12.59 | $0.00 |
| 8/15/2022 | 42.2 | $1,200 | $130 | | | $28.44 | $14.22 | $0.00 |
| 8/22/2022 | 52.21 | $1,200 | $130 | | | $22.98 | $11.49 | $10.32 |
| 8/29/2022 | 49.1 | $1,200 | $130 | $50 | | $25.46 | $12.73 | $0.00 |
| 9/5/2022 | 63.51 | $1,200 | $130 | | | $18.89 | $9.45 | $92.11 |

| Week (Beg. Monday) | Max. Hours Worked | Weekly Salary | Overtime Paid | Bonus | Reim. | FLSA Rate (Weekly Salary + Bonus/ Max. Hours Worked) | FLSA Overtime Rate (1/2 FLSA Rate) | Max. Overtime Payment Due (((FLSA Overtime Rate) (Max. Hrs. Worked-40))-Overtime Paid) |
|---|---|---|---|---|---|---|---|---|
| 9/12/2022 | 37.39 | $1,200 | $130 | | | $32.09 | $16.05 | $0.00 |
| 9/19/2022 | 40.32 | $1,200 | $130 | | | $29.76 | $14.88 | $0.00 |
| 9/26/2022 | 13.54 | $250.95 | | | | $18.53 | $9.27 | $0.00 |

**ORAMAS**

| Week (Beg. Monday) | Max. Hours Worked | Weekly Salary | Overtime Paid | Bonus | Reim. | FLSA Rate (Weekly Salary + Bonus/ Max. Hours Worked) | FLSA Overtime Rate (1/2 FLSA Rate) | Max. Overtime Payment Due (((FLSA Overtime Rate) (Max. Hrs. Worked-40))-Overtime Paid) |
|---|---|---|---|---|---|---|---|---|
| 6/6/2022 | 40 or less | $1,200 | $0.00 | $0.00 | $50 | $0.00 | $0.00 | $0.00 |
| 6/13/2022 | 40.75 | $1,200 | $0.00 | $0.00 | $0.00 | $29.45 | $14.72 | $11.04 |
| 6/20/2022 | 44.44 | $1,200 | $0.00 | $0.00 | $0.00 | $27.00 | $13.50 | $59.95 |
| 6/27/2022 | 34.48 | $1,200 | $0.00 | $0.00 | $0.00 | $34.80 | $17.40 | $0.00 |
| 7/4/2022 | 35.87 | $1,200 | $0.00 | $0.00 | $0.00 | $33.45 | $16.73 | $0.00 |
| 7/11/2022 | 33.84 | $1,200 | $0.00 | $0.00 | $0.00 | $35.46 | $17.73 | $0.00 |
| 7/18/2022 | 34.68 | $1,200 | $0.00 | $0.00 | $0.00 | $34.60 | $17.30 | $0.00 |
| 7/25/2022 | 39.95 | $1,225 | $0.00 | $0.00 | $0.00 | $30.66 | $15.33 | $0.00 |
| 8/1/2022 | 33.25 | $1,225 | $0.00 | $0.00 | $0.00 | $36.84 | $18.42 | $0.00 |

| Week (Beg. Monday) | Max. Hours Worked | Weekly Salary | Overtime Paid | Bonus | Reim. | FLSA Rate (Weekly Salary + Bonus/ Max. Hours Worked) | FLSA Overtime Rate (1/2 FLSA Rate) | Max. Overtime Payment Due (((FLSA Overtime Rate) (Max. Hrs. Worked-40))- Overtime Paid) |
|---|---|---|---|---|---|---|---|---|
| 8/8/2022 | 30.56 | $843.50 | $0.00 | $0.00 | $0.00 | $27.60 | $13.80 | $0.00 |
| 8/15/2022 | 14.51 | $843.50 | $0.00 | $0.00 | $0.00 | $58.13 | $29.07 | $0.00 |
| 8/22/2022 | 6.67 | $330 | $0.00 | $0.00 | $0.00 | $49.48 | $24.74 | $0.00 |
| 8/29/2022 | 9.15 | $330 | $0.00 | $0.00 | $0.00 | $36.07 | $18.03 | $0.00 |

Respectfully submitted,

*/s/ Benjamin A. Mitrani*
ISAAC J. MITRANI
Fla. Bar No. 348538
BENJAMIN A. MITRANI
Fla. Bar No. 1025576
MITRANI, RYNOR, ADAMSKY
  & TOLAND, P.A.
301 Arthur Godfrey Road
Penthouse
Miami Beach, Florida  33140
305-358-0050 tel./305-358-0550 fax
imitrani@mitrani.com
benmitrani@mitrani.com
cayala@mitrani.com
miamidocketing@mitrani.com
*Attorney for Defendant All County Waste, Inc., and James Scott Banner.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed and served via the CM/ECF filing system on March 20, 2023, upon:

Elliot Kozolchyk, Esq.
KOZ LAW, P.A.
800 E. Cypress Creek Road, Suite 241
Fort Lauderdale, FL 33334
ekoz@kozlawfirm.com

/s/ Benjamin A. Mitrani