UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-62240-Singhal/Valle

FRANCISCO CARLOS AQUINO, and
DANIEL ORAMAS,

    Plaintiffs,

v.

ALL COUNTY WASTE, INC., and
JAMES SCOTT BANNER,

    Defendants.
_____/

PLAINTIFFS' NOTICE OF ACCEPTANCE
OF DEFENDANTS' OFFERS OF JUDGMENT

    Plaintiffs, FRANCISCO CARLOS AQUINO and DANIEL ORAMAS, herby accept Defendants' Offers of Judgment pursuant to Fed. R. Civ. P. 68 attached as **Exhibit A** and **Exhibit B**.[1]

    Respectfully submitted,

    Koz Law, P.A.
    800 East Cypress Creek Road Suite 421
    Fort Lauderdale, Florida 33334
    Tel:   (786) 924-9929
    Fax:   (786) 358-6071
    Email: ekoz@kozlawfirm.com

    _____
    Elliot Kozolchyk, Esq.
    Florida Bar No. 74791

---

[1] Plaintiffs' acceptance of Defendants' Offers of Judgments is timely pursuant to the parties' agreement to extend the time for acceptance.