UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-62240-CIV-SINGHAL/VALLE

FRANCISCO CARLOS AQUINO,
DANIEL ORAMAS,

    Plaintiffs,

v.

ALL COUNTY WASTE, INC.,
JAMES SCOTT BANNER,

    Defendant.

_____/

## FINAL JUDGMENT

**PURSUANT** to Plaintiff's Notice of Acceptance of Defendants' Offer of Judgment (DE [29]), the Court enters this separate Final Judgment pursuant to Fed. R. Civ. P. 58(a). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Plaintiff Daniel Oramas, and against Defendants All County Waste, Inc., and James Scott Banner, jointly and severally in the amount of $6,800, for which let execution issue forthwith, to settle all claims asserted by Plaintiff Daniel Oramas in this case, including but not limited to Plaintiff Daniel Oramas' claims for attorneys' fees and costs.

The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 4th day of April 2023.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF